IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA RAMTHUN and NADIIA RAMTHUN, husband and wife,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign company doing business in Washington,<br><br>                    Defendant. | Cause No.: 2:26-cv-01257-JHC<br><br>**STIPULATED MOTION FOR CONTINUANCE OF COURT DEADLINES BY SIXTY (60) DAYS AND ORDER**<br><br>**NOTE FOR MOTION: May 19, 2026** |

**STIPULATED MOTION TO CONTINUE THE TRIAL[1] AND ALL REMAINING DEADLINES BY SIXTY (60) DAYS**

**I.    INTRODUCTION**

Plaintiffs JOSHUA AND NADIIA RAMTHUN (Plaintiffs) and Defendant USAA GENERAL INDEMNITY COMPANY (the "Defendant") (collectively the "Parties"), by and through their respective undersigned counsel of record, have conferred and hereby move this Honorable Court for an Order Continuing all Court Deadlines listed set forth below by approximately sixty (60) days.  The Parties are currently engaged in settlement discussions and

[1 The Court notes that the motion does not request a trial continuance.]

STIPULATED CONTINUANCE AND
ORDER - 1
*Cause No.: 2:26-cv-01257*

are attempting to resolve this matter before engaging in substantial litigation.

## II.    PROCEDURAL POSTURE

On March 12, 2026, Plaintiffs filed their Complaint for Damages in King County Superior Court. *See* Dkt. 1-1. On April 10, 2026, Defendant removed the instant action to this Honorable Court. Dkt. 1. On April 22, 2026, Defendant filed its Corporate Disclosure and Rule 7.1 Diversity Statement. Dkt. 6. On May 15, 2026, this Court issued an Order setting forth the following deadlines:

| EVENT | CURRENT DEADLINE |
| --- | --- |
| DEADLINE TO CONDUCT FRCP 26(f) CONFERENCE | 5/29/26 |
| DEADLINE TO MAKE INITIAL DISCLOSURES | 6/12/26 |
| DEADLINE TO SUBMIT JOINT STATUS REPORT | 6/22/26 |

*See* Dkt. 7.

## III.    LEGAL STANDARD

### A.    Applicable Legal Standard

"A [case] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6) ("A schedule may be modified only for good cause and with the judge's consent."). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 607 (9th Cir. 1992).

### B.    Good Cause Exists to Extend the Current Deadlines

Good cause exists for a continuance. On May 12, 2026, the Parties conferred telephonically and agreed that this matter is a good candidate for early resolution. It was also agreed that it would be beneficial for the Parties to proceed with settlement discussions before further litigation and discovery were carried out. A continuance would also work to conserve

STIPULATED CONTINUANCE AND
ORDER - 2
*Cause No.: 2:26-cv-01257*

valuable judicial resources by eliminating the need for further pleadings and litigation to the likely extent settlement is reached.

This is the first request for a continuance. Further, as this request is being made jointly by the parties, a short extension presents no prejudice to either party. Instead, a brief extension provides both parties with the benefit of attempting all available resolution methods prior to proceeding with further litigation efforts.

In light of both Parties' desire to attempt to resolve this matter without further discovery, good cause for a continuance exists. An amendment to the case schedule would allow the parties to have time to explore resolution without expending judicial resources unnecessarily. For these reasons, the parties respectfully move the Court to amend the case schedule and extend the trial date in this matter as follows:

| EVENT | CURRENT DEADLINE | PROPOSED EXTENDED DEADLINE |
|---|---|---|
| DEADLINE TO CONDUCT FRCP 26(f) CONFERENCE | 5/29/26 | 7/29/26 |
| DEADLINE TO MAKE INITIAL DISCLOSURES | 6/12/26 | 8/12/26 |
| DEADLINE TO SUBMIT JOINT STATUS REPORT | 6/22/26 | 8/24/26 |

DATED this 18th day of May 2026.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA No. 18089
*/s/ Kasie Kashimoto*
Kasie Kashimoto, WSBA No. 54268
*/s/ Rikio Kaya*
Rikio Kaya, WSBA No. 61444
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
T: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
kkashimoto@letherlaw.com
rkaya@letherlaw.com

STIPULATED CONTINUANCE AND
ORDER - 3
*Cause No.: 2:26-cv-01257*

*Counsel for Defendant USAA General Indemnity Company*

WALSH & WALSH, PLLC

*/s/ Christopher Walsh*

Christopher M. Walsh, WSBA No. 59454
P.O. Box 6876
Tacoma, WA 98417
cwalsh@walshandwalshattorneys.com
*Counsel for Plaintiffs*

STIPULATED CONTINUANCE AND
ORDER - 4
*Cause No.: 2:26-cv-01257*

## II.   ORDER

The Court having reviewed the above Stipulated Motion, it is hereby ORDERED that the motion is GRANTED and the following deadlines are extended sixty (60) days and the case schedule is amended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED EXTENDED DEADLINE |
|---|---|---|
| DEADLINE TO CONDUCT FRCP 26(f) CONFERENCE | 5/29/26 | 7/29/26 |
| DEADLINE TO MAKE INITIAL DISCLOSURES | 6/12/26 | 8/12/26 |
| DEADLINE TO SUBMIT JOINT STATUS REPORT | 6/22/26 | 8/24/26 |

DATED this 19th day of May, 2026.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED CONTINUANCE AND
ORDER - 5
*Cause No.: 2:26-cv-01257*